# TOSHIBA

# INVOICE

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 05/21/08 | 1973028 | 1 |

PLEASE REMIT TO:
TOSHIBA AMERICA MEDICAL SYSTEMS, INC.
P.O. Box 91605
Chicago, Illinois 60693

BILL TO:
TOSHIBA CREDIT/NEWTON REGIONAL
1111 OLD EAGLE SCHOOL RD.
WAYNE                                PA
19087

SHIP TO:
NEWTON REGIONAL HOSPITAL
9421 EASTSIDE DR.

NEWTON                               MS
393452612

| CUST.NO. | ORDER NO. | COST CENTER | SHIP VIA | CUSTOMER P.O. NUMBER | PAYMENT TERMS |
|---|---|---|---|---|---|
| 200560 | 783559 | 2230 | TRUCK | S/Q | upon acceptance |

| QUANTITY | TOSHIBA PART NUMBER/DESCRIPTION | CODES | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | #AQ16/C3D  AQUILION MS 16 CT SCANNER | C3 | 484,923.000 | 484,923.00 |
| 1 | DCHIS-CT-PHANTM<br>PHANTOM, CT | HR  C3<br>355811 | | |
| 1 | SK-03050-1<br>DESK, 65X36X3D" | HR  C3<br>355811 | | |
| 2 | E31752-CHAIR<br>CHAIR, 2-ARM ADJUSTABLE | HR  C3<br>355811 | | |
| 5 | LM-HB94LU<br>MEDIA, DVD-RAM 9.4 GB | HR  C3<br>355811 | | |
| 1 | L88C5EGRY-05M<br>CABLE, RJ45, 5M | HR  C3<br>355811 | | |
| 1 | L88C5EGRY-35M<br>CABLE, RJ45, 35M | HR  C3<br>355811 | | |
| 2 | TNULL9F9M-75<br>CABLE, NULL MODEM, 75 | HR  C3<br>355811 | | |
| 1 | 1559<br>KIT, EPOXY FLOOR, CT | WA  C3<br>355811 | | |
| 1 | COT-32D<br>DICOM3 MWM SCU SYSTEM<br>SERIAL # 1BA0825007 | HR  C3<br>355811 | | |
| 1 | COT-44A/1B<br>PGP HARDSPLIT<br>SERIAL # 1BA0822247 | HR  C3<br>355811 | | |
| 1 | COT-30D<br>DICOM3 STORAGE SCP SYSTEM<br>SERIAL # 1BA07Z2930 | HR  C3<br>355811 | | |

TAX 1:
TAX 2:
TAX 3:

AMOUNT DUE       ** CONTINUED **

DIRECT INQUIRIES TO:

| INVOICE TYPE | ORDER ANALYSIS NUMBER |
|---|---|
| System | 355811 |

Please reference invoice number
1973028    on check remittance.

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration is prohibited.

INVOICEP

EXHIBIT
B

# TOSHIBA

## INVOICE

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 05/21/08 | 1973028 | 2 |

**PLEASE REMIT TO:**
TOSHIBA AMERICA MEDICAL SYSTEMS, INC.
P.O. Box 91605
Chicago, Illinois 60693

**BILL TO:**
TOSHIBA CREDIT/NEWTON REGIONAL
1111 OLD EAGLE SCHOOL RD.
WAYNE           PA
19087

**SHIP TO:**
NEWTON REGIONAL HOSPITAL
9421 EASTSIDE DR.

NEWTON                          MS
393452612

| CUST NO. | ORDER NO. | COST CENTER | SHIP VIA | CUSTOMER P.O. NUMBER | PAYMENT TERMS |
|---|---|---|---|---|---|
| 200560 | 783559 | 2230 | TRUCK | S/Q | upon acceptance |

| QUANTITY | TOSHIBA PART NUMBER/DESCRIPTION | CODES | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | COT-34D<br>DICOM3 QUERY/RETRIEVE SCP<br>SERIAL # 1BA0823038 | HR C3<br>355811 | | |
| 1 | CRDM-001A<br>CD-R WRITER (DICOM)<br>SERIAL # 1BA0752182 | HR C3<br>355811 | | |
| 1 | TSX-101A/GD<br>CT SCANNER AQUILION 16 LONG<br>SERIAL # GDD0813192 | HR C3<br>355811 | | |
| 1 | CT-9058<br>CT ACCESSORY KIT STD/LONG | HR C3<br>355811 | | |
| 1 | MCT-SCT-221<br>INJECTOR, STELLANT PED DUAL FLW<br>SERIAL # 28862 | HR C3<br>355811 | | |

COMPANY # 10  APP  TODAY'S DATE 7/31/08
CHECK # CHECK AMOUNT 484,923.00  VENDOR CODE 31465
LESSEE Newton Regional  APP # TAM-1116
LEASE # 2492253  FUNDING CODE WIRES

Taxable:        .00 Exempt
TAX 1:          .00 MS
TAX 2:          .00 NEWTON
TAX 3:          .00 NEWTON

|  |  |
|---|---|
| Subtotal | 484,923.00 |
| Total Tax | .00 |
| **AMOUNT DUE** | **484,923.00** |

Please reference invoice number
1973028    on check remittance.

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of
Commerce prior to export. Any export or re-export by the
purchaser, directly or indirectly, in contravention of the U.S.
Export Administration is prohibited.                CUSTOMER
INVOICE

**DIRECT INQUIRIES TO:**
GULF SOUTH ZONE SALES
2441 MICHELLE DRIVE
TUSTIN, CA                   92680
714-730-5000

| INVOICE TYPE | ORDER ANALYSIS NUMBER |
|---|---|
| S-System | 355811 |